IN THE MATTER OF THE APPLICATION OF SAMUEL KOPP ET AL., PARTNERS, ETC., APPELLANTS, v. BERTHA GROBART ET AL., RESPONDENTS.

Submitted October 26, 1934—Decided January 10, 1935.

For the appellants, *Frederic M. P. Pearse.*

For the respondents, *Evans, Smith & Evans.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 12 *N. J. Mis. R.* 488.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 12.

*For reversal*—None.